WEDTKE REALTY CORPORATION, Respondent, *v.* MICHAEL KARANAS, Appellant.

Argued October 14, 1955; decided December 1, 1955.

*Charles O. Burney, Jr., John R. Pillion* and *Nicholas Konst* for appellant.

*Robert S. Lesher* and *T. Kayler Jenkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.